FILED
CHARLOTTE, N. C.

FEB 24 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:05CR244-MU |
| ) | |
| v. ) | |
| ) | <u>ORDER</u> |
| FREDDIE LEE STATON ) | |
| ) | |

Having waived his right to a jury trial, Staton proceeded to a bench trial in the above-referenced case on one count of knowingly depositing in an authorized depository for mail matter to be sent or delivered by the Postal Service, or knowingly causing to be delivered by the Postal Service according to the directions thereon, a written communication, with a name subscribed thereto, that is, addressed to WSOC TV, and containing a threat to injure another, in violation of 18 U.S.C. § 876(c).

For the reasons stated in open Court, it is accordingly ORDERED that:

(1) Defendant is NOT GUILTY by reason of insanity;

(2) Defendant shall be committed to a suitable facility until such time as he is eligible for release pursuant to 18 U.S.C. § 4243;

(3) Pursuant to 18 U.S.C. § 4243(c), a hearing shall be conducted pursuant to Section 4243(d) not later than forty days from the date of entry of this Order; and

(4) The Clerk of the Court shall forward copies of this Order to all counsel of record.

This Order is final.

February 24, 2006
Charlotte, North Carolina

Graham C. Mullen
Senior United States District Judge