**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:05CR244**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **FREDDIE LEE STATON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** on its own motion. It has come to the Court's attention that the Mental Health Unit of Butner Federal Correction Complex requires additional time to complete a comprehensive evaluation of Defendant. To that end, Defendant's evaluation period is extended to June 16, 2006.

     **IT  IS SO ORDERED.**

Signed: April 17, 2006

Graham C. Mullen
United States District Judge