# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:05CR244

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FREDDIE LEE STATON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court following a hearing as to Defendant's release as required under 18 U.S.C.§ 4243(c). Defendant, who was adjudicated Not Guilty by Reason of Insanity on April 6, 2006, received a full psychiatric evaluation from the Medical Facility at Butner Federal Correctional Complex. The report of this evaluation, the only evidence adduced at the hearing, stated that Defendant poses no substantial threat of bodily injury to another person or serious damage to property of another. As this assessment is uncontradicted, the Court finds, in accordance with 18 U.S.C. § 4243(f)(1), that Defendant should be immediately discharged from custody.

**IT IS SO ORDERED.**

Signed: June 20, 2006

Graham C. Mullen
United States District Judge